Form 3A
(10/05)

# United States Bankruptcy Court

### District Of _____ Illinois _____

In re __Juana L. Abu Rayan__
　　　　　Debtor

Case No. __08-23218__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__　Check one ☒ With the filing of the petition, or
   　　　　　　　　　　　 ☐ On or before __09-02-08__

   $ __68.50__ on or before __10-07-08__

   $ __68.50__ on or before __11-09-08__

   $ __68.50__ on or before __12-09-08__

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____　_____
Signature of Attorney　　　Date

_____
Name of Attorney

__Juana L. Abu Rayan__ 09-02-08
Signature of Debtor　　　Date
(In a joint case, both spouses must sign.)

_____
Signature of Joint Debtor (if any)　　Date

*FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 0 2 2008
KENNETH S. GARDNER, CLERK
PS REP. - CK*

Form 3A Contd.
(10/05)

# United States Bankruptcy Court

_____ District Of _____ Illinois _____

In re ___Juana L. AbuRayan___     Case No. __08-23218__
                 Debtor

                                    Chapter ___13___

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __68.50__   Check one ☒   With the filing of the petition, or
                        ☐   On or before __09-02-08__

$ __68.50__ on or before __10-07-08__

$ __68.50__ on or before __11-09-08__

$ __68.50__ on or before __12-09-08__

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                    BY THE COURT

Date: __09-02-08__

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

_____
Kenneth S. Gardner Clerk of the Court