```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 23218
   JUANA L ABU RAYAN
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-5122


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
   The case was filed on 09/02/2008 and was not confirmed.

   The case was dismissed without confirmation 10/07/2008.
-----------------------------------------------------------------------
CREDITOR NAME          CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                     PAID          PAID
-----------------------------------------------------------------------

PRO SE DEBTOR        DEBTOR ATTY         .00                         .00
TOM VAUGHN           TRUSTEE                                         .00
DEBTOR REFUND        REFUND                                          .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          --------------      --------------
TOTALS                          .00                   .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 01/26/09               _____

                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```